UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNELL MCKENZIE,

        Plaintiff,

- against -

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant.

**ORDER**

18 Civ. 2588 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference presently scheduled for **December 5, 2019** is adjourned to **December 12, 2019 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 2, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge